# Contract Amendment
## May 20, 2008
## 2008 Election Year ballot pricing

This Contract Amendment to the Subcontract Agreement between Election Systems and Software ("ES&S") and Paramount Printing ("Paramount") dated July 1, 2005 ("Original Agreement") is to provide a temporary pricing agreement for the 2008 election year which serves to catch up the quantity deficit in the Original Agreement that carries forward from 2006 and 2007.

Per Exhibit C in the original agreement, ES&S' total volume commitment for 2006 through 2007 is 13 million ballots. Actual production in 2006-2007 was 5 million ballots. That left a deficit of 8 million ballots.

In our meeting at ES&S on May 7, 2008 (Ron Rauert, Fred Walther, Jon Cummins attending), taking into consideration all previous production and payments, we agreed to convert ES&S' 06-07 deficit from a quantity to $900,000 and agreed to make up the deficit with a price increase of $.075 per ballot for the remainder of 2008.

To date Paramount has produced approximately 1.5 million ballots in 2008 at the contract rate. ES&S' total commitment for 2008 is 13 million ballots. The additional $.075 @ 11.5 million remaining ballots will yield $862,500 toward ES&S deficit.

After the 2008 General Election, the total volume produced at the higher rate will be calculated and the total dollar figure of the increase (number of ballots times $.075) will be reconciled against the $900,000 make up amount obligation. Any shortfall will be made up in a single payment by ES&S to Paramount before 12/31/2008.

The above does not address any shortfall that will arise if the 13 million quantity commitment for 2008 is not met. It only fixes the deficit from Exhibit C in the Original Agreement for 2006 and 2007. Any shortfall from the 2008 quantity of 13 million ballots will be made up by ES&S in a lump sum payment to Paramount before 12/31/2008 at the rate of $1.125 per ballot.

ES&S and Paramount agree to the forgoing, and that except as provided above, the Original Agreement shall remain in full force.

**For Election Systems and Software**

Printed Name: Ron Rauert

Signature: *[signed]*

Title: Director Printing Svc.

**For Paramount Printing**

Printed Name: JON CUMMINS

Signature: *[signed]*

Title: CEO / PRESIDENT

**EXHIBIT "B"**