IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ELECTION SYSTEMS & SOFTWARE, INC., | CASE NO. 8:09-cv-297 |
|---|---|
| Plaintiff, | |
| v. | **RULE 7.1 DISCLOSURE** |
| PARAMOUNT PRINTING, | |
| Defendant. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Election Systems & Software, Inc., states that Election Systems & Software, Inc. is the parent corporation and that there is no publicly held corporation holding 10% or more of its stock.

Dated this 31st day of August, 2009.

ELECTION SYSTEMS & SOFTWARE,
INC., Plaintiff,

By:/s/ *Michael C. Cox*
   Michael C. Cox, #17588
   KOLEY JESSEN P.C., L.L.O.
   One Pacific Place, Suite 800
   1125 South 103rd Street
   Omaha, NE 68124-1079
   (402) 390 9500
   (402) 390 9005 (facsimile)
   Mike.Cox@koleyjessen.com

Attorneys for Plaintiff.

499570.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 31, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

                                         **s/ Michael C. Cox**